UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMIN A. RASHID,<br><br>           Petitioner,<br><br>    v.<br><br>STEVIE M. KNIGHT,<br><br>           Respondent. | Civil Action<br>No. 23-3541 (CPO)<br><br>**ORDER** |

**O'HEARN, District Judge.**

    In June of 2024, while still at Federal Correctional Institution ("FCI") Ashland, Petitioner filed a letter requesting that the Court forward his mail to a business that does not appear to be his physical address. (ECF No. 14.) Upon the Court's review of this matter, it appears that Petitioner no longer resides at FCI Ashland. Petitioner has not contacted the Court in the intervening time to provide his physical address.

    Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in their street address, *i.e.*, their physical address, *and* their post office address, within seven (7) days. The Rule further provides that failure to file such notice "may result in the imposition of sanctions by the Court." L. Civ. R. 10.1(a). Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009); *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916, at *1 n.1 (D.N.J. June 23, 2008).

    As Petitioner has not filed a notice of change of address in compliance with Local Rule 10.1, the Court will administratively terminate the proceedings without prejudice to Petitioner's right to reinstate this action by notifying the Court of his new address within thirty (30) days.

2

Failure to provide an updated address within thirty (30) days of the date of this Order may result in dismissal of this matter for lack of prosecution. Accordingly,

IT IS, on this 14th day of August 2024,

**ORDERED** that the Clerk of the Court shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with Local Civil Rule 10.1(a), without prejudice to reinstatement should Petitioner file a notice of change of address within thirty (30) days of the date of this Order; and it is further

**ORDERED** that failure to comply with this Order may result in dismissal of this matter for lack of prosecution; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order on Petitioner at his last known address by regular mail.


/s/ Christine P. O'Hearn
**Christine P. O'Hearn**
**United States District Judge**